## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  September 24, 2015                    520774
_____

In the Matter of SANTO
    GONZALEZ,
                        Petitioner,

        v
                                            MEMORANDUM AND JUDGMENT
L. PINGOTTI, as Deputy
    Superintendent of Security
    of Shawangunk Correctional
    Facility,
                        Respondent.
_____

Calendar Date:  August 10, 2015

Before:  Lahtinen, J.P., McCarthy, Devine and Clark, JJ.

_____

        Santo Gonzalez, Wallkill, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Shawangunk Correctional Facility which found petitioner guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Devine and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

*Robert D Mayberger*

Robert D. Mayberger
Clerk of the Court